# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRA GREEN, | No. ED CV 08-00853-JFW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES YATES, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: 7/1/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE